UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLE DICKSON, | ) | CASE NO. 5:24-CV-1578 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| LEAFFILTER NORTH, LLC, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

The Court is in receipt of the parties' Stipulation of Dismissal without Prejudice (Doc. 32). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Date: March 21, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE